UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GLORIA VILLADA,

                                     Plaintiff,

-against-

WHOLE FOODS MARKET GROUP, INC.

                                  Defendants.
-----------------------------------------------------------------X

INDEX NO.:
08-CIV-7594 (KMK)

**STIPULATION DISCONTINUING ACTION WITH PREJUDICE**

RECEIVED JAN 28 2009 JUDGMENT CLERK'S OFFICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated:     New York, New York
             December 17, 2008

| | |
|---|---|
| CALLAN, KOSTER, BRADY & BRENNAN, LLP | LAW OFFICE OF PAUL N. CISTERNINO, P.C. |
| _____ | _____ |
| Warren S. Koster, Esq. (WSK-6753) | Paul N. Cisternino (PC-0317) |
| Attorneys for Defendant | Attorneys for Plaintiff |
| WHOLE FOODS MARKET GROUP, INC. | GLORIA VILLADA |
| One Whitehall Street, 10th Floor | 16 Briarbrook Road |
| New York, New York  10004 | Ossining, New York 10562 |
| (212) 248-8800 | |

So Ordered: _____
                   United States District Judge
                   Hon. Kenneth M. Karas