UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GLORIA VILLADA,

                                    Plaintiff,

-against-

WHOLE FOODS MARKET GROUP, INC.

                                 Defendants.
-----------------------------------------------------------------X

INDEX NO.:
08-CIV-7594 (KMK)

***STIPULATION DISCONTINUING ACTION WITH PREJUDICE***

[Received stamp: JAN 28 2009, JUDGMENT CLERK'S OFFICE]

***IT IS HEREBY STIPULATED AND AGREED*** by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated:     New York, New York
             December 17, 2008

CALLAN, KOSTER, BRADY & BRENNAN, LLP

_____
Warren S. Koster, Esq. (WSK-6753)
Attorneys for Defendant
WHOLE FOODS MARKET GROUP, INC.
One Whitehall Street, 10th Floor
New York, New York 10004
(212) 248-8800

LAW OFFICE OF
PAUL N. CISTERNINO, P.C.

_____
Paul N. Cisternino (PC-0317)
Attorneys for Plaintiff
GLORIA VILLADA
16 Briarbrook Road
Ossining, New York 10562

So Ordered: _____
United States District Judge
Hon. Kenneth M. Karas

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```